

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00721-CV

Vincent **COLEN**,[1]
Appellant

v.

**FRANKEL FAMILY TRUST** D/B/A Stoneybrook Apartments,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV08317
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY BRISSETTE

    November 4, 2024, appellant filed a motion to dismiss his appeal. Appellant's motion to dismiss his appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

    SIGNED November 27, 2024.

_____
Lori I. Valenzuela, Justice

---

[1] The style of appellant's notice of appeal lists, in pertinent part, the "defendant[s]" in the litigation as "Vincent Colen, Jediah Rice, Josiah Rice and all other occupants." We note, however, that according to the notice of appeal, only Colen seeks to modify the trial court's judgment. Accordingly, we modify the style of this case to include only Colen as the sole appellant.